In the Matter of the Petition of JAMES MCLAUGHLIN, JR., Respondent, for an Inspection of the Books, Papers and Records of the Glenside Woolen Mills.

THEODORE W. SPECHT, Appellant.

*Matter of McLaughlin*, 158 App. Div. 952, affirmed.
(Submitted November 11, 1914; decided December 1, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

October 8, 1913, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the president of the Glenside Woolen Mills to exhibit to the petitioner its books, papers and records.

*Hartwell Cabell* for appellant.

*Leroy B. Williams* and *John C. McLaughlin* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.